UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERAWAT and SUDAWAN SINGTONG, individually and as the marital community thereof,<br><br>                Plaintiff,<br><br>   v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br>                Defendant. | CASE NO. 2:23-cv-00960-KKE<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. No. 8. The Court GRANTS the motion (Dkt. No. 8) and ORDERS that the above-captioned action and all claims asserted therein by Plaintiffs against Defendants are dismissed with prejudice and without attorneys' fees or costs to any party.

Dated this 15th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 1